**NOTE: CHANGES MADE BY COURT**

# JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| SARA ALINAZARI,<br><br>      Plaintiff,<br><br>      v.<br><br>ALEJANDRO MAYORKAS, SECRETARY, DEPARTMENT OF HOMELAND SECURITY, JENNIFER B. HIGGINS, DEPUTY DIRECTOR, UNITED STATES CITIZENSHIP AND IMMIGRATION SERVICES, TED H. KIM, ASSOCIATE DIRECTOR, REFUGEE, ASYLUM AND INTERNATIONAL OPERATIONS DIRECTORATE,<br><br>      Defendants. | Case No. 8:24-cv-00343-FWS-ADS<br><br>**ORDER RE JOINT STIPULATION TO STAY CASE PENDING ADJUDICATION OF APPLICATION [10]**<br><br>Honorable Fred W. Slaughter<br>United States District Judge |

///

///

///

Having read and considered the Joint Stipulation to Stay Case Pending Adjudication of Application [10] (the "Stipulation"), and good cause appearing, the court **GRANTS** the Stipulation and **ORDERS** the following:

1. The above-captioned case is **STAYED** from the date of this Order until **July 23, 2025**; and

2. If the above-captioned case has not been dismissed on or before July 23, 2025, the parties shall file a joint status report with the court on or before **July 30, 2025**.

**IT IS SO ORDERED**.

Dated: March 19, 2024

_____
Hon. Fred W. Slaughter
UNITED STATES DISTRICT JUDGE